KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHERYL GUZMAN,<br><br>          Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Case # 1:16-CV-00608-BAM<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a second 30 day extension of time to file Plaintiff's confidential brief, in accordance with the scheduling order. Plaintiff's counsel is unwell, is a solo practitioner and unable to complete the briefing at this time. Confidential brief shall now be due on December 21, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 21, 2016:          /s/ Kelsey M Brown _____
                                  KELSEY MACKENZIE BROWN CA #263109
                                  Mackenzie Legal, PLLC

Page 1      STIPULATION
            [1:16-CV-00608-BAM]

1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated November 21, 2016:     s/ KELSEY M. BROWN for Sharon Lahey
SHARON LAHEY
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant


ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY

ORDERED that Plaintiff shall have a second thirty-day extension of time to submit her

confidential brief.  Plaintiff's confidential brief shall be served on or before December 21, 2016.

All other deadlines set forth in the May 3, 2016 Scheduling Order shall be extended accordingly.


IT IS SO ORDERED.

Dated:   **November 28, 2016**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
       [1:16-CV-00608-BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063