KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHERYL GUZMAN,<br><br>  Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>  Defendant. | Case No. 1:16-CV-0608-BAM<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 19) |

    The Plaintiff moves the court, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an extension of time to file Plaintiff's opening brief.

    Counsel for the Plaintiff has been ill with severe migraines and unable to complete the briefing at this time. As a result, counsel for Plaintiff required additional time to draft the opening brief. Plaintiff's counsel notified opposing counsel on the due date and received a provisional stipulated agreement to extend the date 30 days pending review of the stipulation. Plaintiff's counsel sent the stipulated agreement but did not receive a response to file. However, defendant indicated they would not oppose the motion. Plaintiff requests a 30-day extension of time to March 27, 2017.

The Plaintiff moves that the Court's Scheduling Order shall be modified accordingly.

Dated March 27, 2017:          /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Mackenzie Legal, PLLC
                               1003 Whitman Street
                               Tacoma, WA 98406
                               Phone: (206) 300-9063

                               Attorney for Plaintiff

## ORDER

Having considered the above request, the Court finds good cause to grant Plaintiff's motion for an extension of time. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's *ex parte* motion for an extension of time nunc pro tunc is GRANTED. Plaintiff's opening brief, filed March 27, 2017, is deemed timely. All other deadlines set forth in the Case Management Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **March 29, 2017**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE